## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**CHAKAKHAN R. DAVIS**                                                          **PLAINTIFF**

**V.**                               **CAUSE NO. 3:15-CV-874-CWR-LRA**

**BRENDA JONES**                                                       **DEFENDANT**

## FINAL JUDGMENT

With all of the plaintiff's claims against all of the defendants now resolved, this case is finally dismissed with prejudice and closed on this Court's docket.

**SO ORDERED**, this the 20th day of August, 2018.

                                                                  s/ Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE