*Via Hand Delivery*

Ms. Chakakhan R. Davis
32942/50 Hwy 18
Utica, MS 39175

chakakhandavis@yahoo.com

(601) 738-0897

---

November 26th 2019

Mr. Arthur Johnston, Clerk
United States District Court (SDM)
501 East Court Street, Ste 2.500
Jackson, MS 39201



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
NOV 26 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

**IN RE**: (Copy Right Concern (s) & Others) to be filed in the case (s) of Davis v. Hinds County Mississippi, Et Al., 5th Circuit Cause No. 19-60132; USDC Cause No. 3:16 cv-674-DPJ-FKB; Davis v. Commissioner of Social Security Administration, USDC Cause No. 3:18-cv-462-HTW-JCG, 5th Circuit Cause No. 19-60332; Davis v. Hinds Community College, USDC Cause No. 3:19-cv-693-HTW-LRA; Davis v. Walmart Stores East, LP., USDC Cause No. 3:14-cv-375-HTW-LRA and Davis v. Hinds County, Mississippi., USDC Cause No. 3:15-cv-874-CWR-LRA.

Dear Mr. Johnston:

The Plaintiff has been unable to access some of the documents upon receiving email notification of pleadings filed with the Court in several of the cases cited above, where its permissible to receive Electronic Case Filings. Most recently, on sometime last month a Motion for Stay was filed in Davis v. Hinds County, Mississippi; Cause No. 3:16-cv-674-DPJ-FKB that were defective (i.e., it did not move to the pacer accounts page once clicked on for viewing by the Plaintiff). Nevertheless, upon filing CM/ECF Doc No. 43 in the Commissioners case on May 14th 2019, Ms. Vangie or an another Court employee removed a Certificate of Compliance therefrom.

It is assumed, that Ms. Vangie done so because she accepted the Petition for an Extraordinary Writ of Mandamus-Prohibition for filing. Thus, since there were four other copies reproduced on the same that an Deputy Clerk of the Fifth Circuit Court of Appeals stated to have an Certificate of Compliance attached, by upon contact., of no part of the Plaintiff. Sir, I'm sure you are aware of the Plaintiff proceeding Pro-Se in the above entitled actions and because of such Status., Self Represented Litigants are often cheated by some Judges and its Staff who dislikes her or him or engage in otherwise.

{e.g., forms of Corruption and Fraud (s) upon the Court under the Rules of Civil-Appellate Procedure or Extra Judicial Activities not for the advancement and/or Improvement of the Law, Legal System, Legal Profession or the Administration of Justice under Canon 4 A (1) of the Codes of Conduct toward a Pro Se Litigant}. RESTATEMENT (SECOND) OF JUDGMENTS § 70 (1982) Judgment Procured by Corruption, Duress, or Fraud.

Furthermost, attention to all readers and/or viewers: Respectfully, the Plaintiff in this action asserts that she has attempted to retain Counsel in the majority of the matters listed above and were unable to obtain a legal representative. As such, Section 28 U.S.C. §1654 of the United States Constitution which derives directly from the Judiciary Act of 1789, provides: {T}hat in all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."

1

Therefore, nothing in this pleading or any other filed before the court should be interpreted and/or construed as a Pro-se litigant attempting to act as a Lawyer, Attorney or other similar Officer or Employee of the Court as codified in Title 28 of the Judiciary and Judicial Procedure. See, e.g., V Documentary History of the First Federal Congress of the United States of America 1789-1791 1150, 1165, 1193 (1986) and CM/ECF Doc No. 115 in the case of Davis v. Walmart Stores East, LP., Cause No. 3:14-cv-375 where on or about March 28th 2016 Judge Henry T. Wingate found Ms. Davis competent to represent herself and stated that she has more than a passing familiarity with the Rules of the Court, et al.

For future reference or purposes, as to maintain the competence, integrity and authorship of this Pro Se Litigants status et al.,, any and all attempt (s) to infringe - plagiarize-commit theft or publish Pro Se books, manuals or other undisclosed Material concerning the Plaintiff in this action, without consent, sale, relinquish or a transfer of a Patent or Ownership Right (s) may result in restitution such as a civil or criminal fines since unauthorized by Ms. Davis, a Co-Owner or a Beneficiary / Hier, thereof., one or more. Contrawise, the reproduction of Shared Works of Art, Philosophies or Quotes, Poems, Music or any other form of Intellectual Property (ies) that's filed in the above styled cases or any other not so mentioned, exclusively belonging to Ms. Davis, a Co-Owner or Beneficiary / Hier thereof., one or more, is Copy Written Material and therefore strictly unauthorized and/or prohibited by Patent or other Copy Right Law (s) under Title 17 of the United States Code, Copy Rights Act of 1976, as amended, upon registration by Ms. Davis or any other affiliates with the Copy Rights Office of the United States or otherwise. See also, e.g., united states constitution, Article I, Section 8; 17 U.S.C. § 506 (a) and 18 U.S.C. § 2319.

This the 26th day of November 2019,

Respectfully Submitted,
MS. CHAKAKHAN R. DAVIS, Esq.

By: _____

32942 / 50 Hwy 18, Utica, MS 39175
chakakhandavis@yahoo.com